IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Kunj Associates, LP, et al.,

Plaintiffs,

v.

Hiren Patel, et al.,

Defendants.

Case No. 18-cv-08213
Judge Manish Shah

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes         pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendants Wolin & Rosen, Kaminski, Wolin, Rosin, Saul Ewing Arnstein & Lehr, Franco, SmithAmundsen, Kryska, Amundsen, Hackney, and White
and against plaintiffs Kunj Associates, LP and Kiran Patel.

Defendants shall recover costs from plaintiffs.

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge Manish Shah presiding, and the jury has rendered a verdict.
☐ tried by Judge Manish Shah without a jury and the above decision was reached.
☒ decided by Judge Manish Shah on a motion.

Date: 6/2/2021

Thomas G. Bruton, Clerk of Court

/Susan McClintic , Deputy Clerk