# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KUNJ ASSOCIATES, L.P. and KIRAN P. PATEL, | ) ) ) ) No. 1:18-cv-08213 ) |
| Plaintiffs, | ) ) Hon. Manish S. Shah ) |
| v. | ) ) |
| HIREN PATEL and EDWARD FRANCIS FITZGERALD, | ) ) ) |
| Defendants. | ) ) |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

**NOW COME** the Plaintiffs KUNJ ASSOCIATES, L.P. and KIRAN P. PATEL by and through their attorney Paul Caghan and for their Notice of Voluntary Dismissal Without Prejudice state as follows:

1. Plaintiffs hereby provide Notice of Voluntary Dismissal Without Prejudice of this case pursuant to Fed. R. Civ. P. 41(a)(1)A)(i).

2. As of this date, no defendant has filed an answer or a motion for summary judgment.

                                                  **PLAINTIFFS**
                                                  **KUNJ ASSOCIATES, L.P.**
                                                  **KIRAN P. PATEL**


                                          /s/    Paul Caghan

PAUL CAGHAN (A.R.D.C. #3123213)
*Attorney for Plaintiffs*
444 W. Lake 17th Floor
Chicago, Illinois 60606
(773) 469-8724
caghan1@comcast.net

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that, on July 29, 2021, he caused a true and correct copy of the foregoing to be filed electronically with the Court's CM/ECF system, which caused an electronic copy of this filing to be served on counsel of record.

**/s/ Paul Caghan**